```
GEORGEANA K. ROUSSOS
BAR NO. 152144
PO Box 86
San Anselmo, CA 94979
Tel. No. 415 252-1922
Fax 833-884-8476
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE COX,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 3:25-cv-05234 - PHK<br><br>STIPULATION FOR EAJA ATTORNEY FEES and COSTS;  Order |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded Two Thousand Nine Hundred Twenty One Dollars and Thirty Four Cents in  ($2,921.34) in Attorney Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  Plaintiff shall also be awarded Four Hundred and Five Dollars ($405.00) in accordance with 28 U.S.C. §§ 1920, 2412(d). These amounts represent compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action.

   After the Court issues an order for EAJA fees and Costs to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-53 (2010), the ability to honor the assignment will depend on whether the fees are

subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

If the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made and delivered directly to GEORGEANA ROUSSOS, Plaintiff's counsel, pursuant to the assignment executed by Plaintiff. (Attached)

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

ATTACHED is an assignment signed by PLAINTIFF JOLENE COX naming Attorney GEORGEANA ROUSSOS as the assignee for payment.

By:/s/ *Georgeana K. Roussos*   Date: December 18, 2025
Georgeana K. Roussos
Counsel for Plaintiff Jolene Cox

By:/s/ *Erin Highland*_____**   Date: December 18, 2025
Erin Highland
Attorney | Program Litigation 1
Law & Policy | Social Security Administration
Counsel for Defendant

**  (as approved by email on Dec. 18, 2025)

*COX V COMMISSIONER OF SOCIAL SECURITY*   CASE NO. 3:25-CV-05234   STIPULATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: January 8, 2026         By: _____
                                   The Honorable Peter H. Kang
                                   United States Magistrate Judge